UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ZIBERIA MARICO CARERO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> TENNESSEE ATTORNEY ) <br> GENERAL SLATERY and ) <br> HILTON HALL, ) <br> ) <br> Respondents. ) | No.: 3:21-CV-122-TAV-JEM |

## **JUDGMENT ORDER**

In accordance with the accompanying memorandum opinion, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   LeAnna R. Wilson
    CLERK OF COURT